In the Matter of CHARLES C. ANNABEL, an Attorney.— Motions for reargument or leave to appeal to the Court of Appeals denied.· Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

JOSEPH F. SWARTZ, Plaintiff, v. CHARLES WEED, Defendant.— Motion granted, without costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

LEONARD P. MARKERT, Respondent, v. BORRIS FEINBLATT, Appellant.— Motion granted, with ten dollars costs, unless the appellant, within thirty days, perfects appeal and pays said costs, in which event motion is denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of ALBERT GRIFFIN, Respondent, against BECKER ROOFING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to go to the Court of Appeals granted. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of HELEN FARONE, Respondent, against MANDELBAUM & KANNER and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Petition to Set Aside the Election of Directors of HAMMOND LIGHT & POWER COMPANY, INC., Held on January 24, 1928, and the Election of Officers of Said Corporation Held February 29, 1928.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Application of ADOLPH MANDELL, Petitioner, for a Certiorari Order Directed to The Board of Regents of the University of the State of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

BERNARD MILLER, as Administrator, etc., of HARRY MILLER, Deceased, Respondent, v. SHINDLER's PRAIRIE HOUSE, INC., Appellant.— Judgment and order unanimously affirmed, with costs, on the authority of *Friedman* v. *Shindler's Prairie House, Inc.* [*ante*, p. 232], decided herewith. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

FRANK OWENS, Respondent, v. GEORGE ROBERTS, Appellant.— Judgment and order reversed on the law and facts and new trial granted, with costs to the appellant to abide the event, on the ground that the evidence does not sustain the finding of the jury that the snow claimed to be in the passageway was left by defendant's employee or had been placed there by him. Van Kirk, P. J., Hinman, Whitmyer and Hill, JJ., concur; Hasbrouck, J., dissents.

ANNA U. BEACH, Appellant, v. DEYO OIL CO., INC., Respondent.— Judgment affirmed, with costs, on the ground that the defendant has received only forty dollars a month for the property covered by the lease between plaintiff and Shafer, and that there is no excess owing to the plaintiff. Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ., concur. [131 Misc. 765.]